UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
MARCUS WILSON,

                    Plaintiff,

            -against-

AMY LAMANNA, et al.,

                    Defendants.

-----------------------------------------------------------x

21-CV-10714 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed *pro se* Petitioner's request for a phone conference (ECF 20), and Defendants' letter in response. (ECF 22).

*Pro se* Petitioner seeks an emergency phone conference (ECF 20) because he received a copy of Defendants' request for an extension of time to answer Petitioner's habeas petition (ECF 18) that improperly included a different case caption. In a letter dated July 21, 2022, Defendants apologized for including the wrong case caption in their letter and mailed a copy of the corrected letter to Petitioner. (ECF 22).

Accordingly, Petitioner's request for a phone conference is **DENIED** as moot.

**SO ORDERED.**

Dated: July 29, 2022
       New York, New York

                                  *s/ Ona T. Wang*
                                  **Ona T. Wang**
                              United States Magistrate Judge