UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS WILSON,

                        Petitioner,

        -against-

AMY LAMANNA and CITY OF NEW YORK,

                        Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _1/8/2026_____

21 Civ. 10714 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner's letter dated December 14, 2025, which was received by the Court on December 30 and filed on the docket on January 5, 2026.  *See* ECF No. 37.  The Court will accept Petitioner's objections to the Honorable Ona T. Wang's Report and Recommendation and will not exclude them as untimely.  Should Respondents wish to file a response to the objections, they shall do so by **January 19, 2026**.

        SO ORDERED.

Dated:  January 8, 2026
            New York, New York

ANALISA TORRES
United States District Judge