**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARCUS WILSON,

                        Petitioner,                         21 **CIVIL** 10714 (AT)(OTW)

        -against-                                **JUDGMENT**

AMY LAMANNA and CITY OF NEW YORK,

                        Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated February 3, 2026, the Court adopts the Report & Recommendation in its entirety. Wilson's petition is DENIED. Because he has not made a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability; accordingly, the case is closed.

**Dated:**  New York, New York
         February 5, 2026

                                     TAMMI M. HELLWIG
                                _____
                                    Clerk of Court

                      BY:                                      _____
                                          Deputy Clerk